BERNARD C. FISHER v. JEAN C. FISHER

The plaintiff's petition for certification for appeal from the Appellate Court, 30 Conn. App. 324 (AC 11188), is denied.

BERDON, J., dissenting. I would grant the plaintiff's petition for certification.

*Paul B. Zolan,* in support of the petition.

*C. Ian McLachlan,* in opposition.

Decided August 31, 1993

ANNE GRABOWY ET AL. v. ALLAN C. BROWN

The defendant's petition for certification for appeal from the Appellate Court (AC 12285) is granted, limited to the following issue:

"Did the Appellate Court properly dismiss the defendant's appeal from the trial court's order denying his motion to implead?"

The Supreme Court docket number is SC 14833.

*Jack G. Steigelfest,* in support of the petition.

Decided September 15, 1993*